IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGIANNE COSTA, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-2312 |
| | : | |
| MARRIOTT INTERNATIONAL, INC., et al. | : | |

## **ORDER**

AND NOW, this 10th day of December, 2012, it is ORDERED Defendants' Motion to Dismiss for Improper Venue, Or, In the Alternative, to Transfer Venue to the United States District Court for the Middle District of Florida (Document 4) is GRANTED inasmuch as this case will be transferred.

The Clerk of Court is DIRECTED to TRANSFER this case to the United States District Court for the Middle District of Florida.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, J.